IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEO TURNER,** | 3:11-CV-00563-BR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ADVANTAGE N.W. CREDIT UNION and BETTY JOE,** | |
| Defendants. | |

Based on the Court's Opinion and Order (#31) issued February 17, 2012, the Court **DISMISSES** this matter **without prejudice.**

IT IS SO ORDERED.

DATED this 17th day of February, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT